JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| FELIPE VIDALES, | ) | No. CV 11-06171-JSL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DOMINGO URIBE, JR., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 24, 2014

　　　　　　　　　　　　　　　/s/ Spencer Letts
　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE